United States District Court
Southern District of Texas
**ENTERED**
March 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:20-CR-1020-1 |
| | § | |
| CALVIN BRANDON, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on August 28, 2020. A petition for action on pretrial release was filed on February 17, 2021 with the Court alleging that Defendant violated condition 7(g) of his bond conditions ordering that he must avoid all contact, direct or indirect, with any person who is or may be a victim of witness in the investigation or prosecution, including: any co-defendants, witnesses, or any potential victim in this case. Specifically, the petition alleges facts as outlined in docket entry 73. The government presented the testimony of Homeland Security Investigations Special Agent Eric Martinez and defense counsel presented the testimony of U.S. Probation Officer Ernesto Ledesma.

The following requires detention of the defendant pending trial in this case:

(1) there is probable cause to believe that the Defendant has committed a new Federal, State, or local crime while on release;

(2) There is clear and convincing evidence that the Defendant has violated the condition of release; and

(3) Defendant is unlikely to abide by any condition or combination of conditions of release.

The evidence against the Defendant meets the probable cause and clear and convincing standards. The Defendant has attempted to tamper with the witnesses in this case as alleged in the petition and has communicated directly with a co-defendant. He is a poor candidate for bond. The Defendant's bond is revoked and he is **ORDERED** to be detained pending disposition in this case.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on March 19, 2021.

_____
Julie K. Hampton
United States Magistrate Judge